**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **OSMIN LUIS CORDERO BLANCO,** | ) | |
| **Petitioner,** | ) | |
| **vs.** | ) | **Case No. CIV-26-1596-R** |
| **WARDEN, et al.,** | ) | |
| **Respondents.** | ) | |

**ORDER**

Upon review of the filing and noting no timely objection to the Report and Recommendation [Doc. No. 14] of United States Magistrate Judge Chris M. Stephens, the Court adopts the Report in its entirety. For the reasons stated therein, the Petition for Writ of Habeas Corpus is DISMISSED as moot.

IT IS SO ORDERED this 16th day of September, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE